## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 240 | **DATE** | 3/21/2008 |
| **CASE TITLE** | USA vs. Miguel Ocon | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Miguel Ocon. The Government's Motion to Seal Complaint, Affidavit, Arrest Warrant until 4/20/08 or until the arrest of the defendant, whichever comes first, is granted.

| | Courtroom Deputy Initials: | AC |
|---|---|---|