## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 240-1 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Miguel Ocon | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 3/27/08. The defendant is informed of his rights. Enter order appointing Rachel L. Zebio as counsel for defendant. The Defendant waives his right to Preliminary Examination. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. The Defendant waives his right to Detention hearing. The Defendant is ordered detained without prejudice to his right to address the issue of bond at a later date. The Complaint is ordered unsealed.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | AC |
|---|---|---|