# UNITED STATES DISTRICT COURT

NORTHERN     DISTRICT OF     ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MIGUEL OCON

**WARRANT FOR ARREST**

**CASE NUMBER:**

UNDER SEAL

08cr240

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  MIGUEL OCON
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment    ___Information     X  Complaint    ___Order of court    ___Violation Notice    ___Probation Violation Petition

charging him or her with:  (brief description of offense)

Starting no later than in or about February 2008, and continuing until in or about March 2008, in Cook County, in the Northern District of Illinois, the defendant herein:

conspired, and agreed with others, known and unknown, knowingly and intentionally to distribute and possess with intent to distribute controlled substances, namely, more than one kilogram of mixtures and substances containing heroin, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

in violation of Title 21, United States Code, Section 846.

ARLANDER KEYS
Name of Issuing Officer

*[signature: Arlander Keys]*

of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

March 20, 2008 at Chicago, IL     Signature
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 555 N. VALERIE LN ADDISON, IL |||
| DATE RECEIVED 3/26/08 DATE OF ARREST 3/27/08 | NAME AND TITLE OF ARRESTING OFFICER STEVE LINDER, DUSM | SIGNATURE OF ARRESTING OFFICER |

**FILED**

MAR 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT