# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 240-1 | **DATE** | 4/1/2008 |
| **CASE TITLE** | USA vs. Miguel Ocon | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to Preliminary Examination. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing continued to 4/7/08 at 10:00 a.m. The Defendant is ordered detained until further order of court. AK

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|