# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 240-1 | DATE | 4/7/2008 |
| CASE TITLE | USA vs. Miguel Ocon | | |

**DOCKET ENTRY TEXT**

Detention hearing reset to 4/8/08 at 9:00 a.m. The Defendant is ordered detained until further order of court.



| | Courtroom Deputy Initials: | AC |
|---|---|---|