UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **FILED** |
| ) | |
| ) | JUN 2 0 2008  TC |
| v. ) | |
| ) | MICHAEL W. DOBBINS |
| ) | CLERK, U.S. DISTRICT COURT |
| MIGUEL OCON ) | |
| ) No. 08 CR 240 | |
| ) Magistrate Judge Keys | |

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on April 9, 2008, and for and in consideration of bond being set by the Court for defendant MIGUEL OCON in the amount of $40,000, being partially secured by real property PABLO OCON hereby warrants and agrees:

1. PABLO OCON warrants that he is the sole record owner and titleholder of the real property located at 436 Elmhurst Street, Wood Dale, Illinois, and described legally as follows:

LOT 3 IN BLOCK 6 IN WOODDALE HIGH VIEWS, A SUBDIVISION OF PART OF THE SOUTH EAST QUARTER OF SECTION 10, TOWNSHIP 40 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JULY 11, 1944, AS DOCUMENT 4647776, IN DUPAGE COUNTY, ILLINOIS.

Permanent Real Estate Index Number: 03-10-408-001-0000.

PABLO OCON warrants that there is one outstanding mortgage against the property and that his equitable interest in the real property approximately equals $40,000.

2     PABLO OCON agrees that his equitable interest in the above-described real property, may be forfeited to the United States of America, should the defendant MIGUEL OCON fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. PABLO OCON further understands and agrees that, if the defendant MIGUEL OCON should violate any condition of the Court's release order, and his equity in the property is less than $40,000 he will be liable to pay any negative difference between the bond amount of $40,000 and his equitable interest in the property, and MIGUEL OCON hereby agrees to the entry of a default judgment against him for the amount of any such difference. PABLO OCON has received a copy of the Court's release order and understand its terms and conditions. Further, the surety understands that the only notice he will receive is notice of court proceedings.

3.    PABLO OCON further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. PABLO OCON understands that should defendant MIGUEL OCON fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4.    PABLO OCON further agrees that he will maintain the subject property in good

repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish his interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. PABLO OCON further understand that if he has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant MIGUEL OCON he is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. PABLO OCON agrees that the United States shall file and record a copy of this Forfeiture Agreement with the DuPage County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. PABLO OCON hereby declares under penalty of perjury that he has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 4-8-08

PABLO OCON
Surety/Grantor

Date: 4-8-08

Witness

3